# AFFIDAVIT OF SERVICE

***United States District Court for the District of Columbia Case Number 21-cv-2688(CRC)

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 2021 CA 002878 B | Superior Court for the District of Columbia Civil Division | District of Columbia, DC | 6076665 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| Charles Gormly, as Personal Representative of the Estate of Fitsum Kebede, deceased (pending) et al. | James Walker, et al. |

| Received by: | For: |
|---|---|
| Maverick Process Service & Investigations LLC | Ashcraft & Gerel, LLP |

**To be served upon:**
Inez Saki-Tay

I, Eric Thomas Chong Vargas, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Patrick White Deputy Attorney General, Department of Consumer and Regulatory Affairs: 1100 4th St SW, Washington, DC 20024

**Manner of Service:** Authorized, Oct 21, 2021, 12:56 pm EDT

**Documents:** Summons; Complaint and Jury Demand; Civil Division- Civil Actions Branch Information Sheet; Initial Order and Addendum and Civil Remote Hearing Instructions for Participants

**Additional Comments:**
1) Unsuccessful Attempt: Sep 7, 2021, 2:43 pm EDT at Department of Consumer and Regulatory Affairs: 1100 4th St SW, Washington, DC 20024
Attempt on the CRA cases. Spoke with deputy general counsel Melanie Kanstaptpolous. She states that these individuals must be served personally and that they are not authorized to accept and that there is no access by the public to the office space on the 5th floor

2) Unsuccessful Attempt: Oct 7, 2021, 1:29 pm EDT at Home: 901 6th St SW Apt. 216, Washington, DC 20024
No access to apartment. Elevators require a fob. Called the apartment through the callbox, no answer.

3) Successful Attempt: Oct 21, 2021, 12:56 pm EDT at Department of Consumer and Regulatory Affairs: 1100 4th St SW, Washington, DC 20024 received by Patrick White Deputy Attorney General. Age: 50; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 6'3"; Hair: Brown;
served a SUITABLE AGE PERSON (over the age of 18) by delivering and leaving a true copy of the document at this location. The person served stated they are authorized to accept service on behalf of the person named.

Under the penalties of perjury I declare that I have read the forgoing Affidavit of Service and the facts stated in it are true.

_Eric TC Vargas_ 10/21/2021

Eric Thomas Chong Vargas       Date

Maverick Process Service & Investigations LLC
9 Westminster Shopping Center #384
Westminster, MD 21157
877-838-4782 ext 700
Email: info@mavpi.com

_Brian Kelly McClernan_ 10/21/_
Brian Kelly McClernan
NOTARY PUBLIC
Carroll County
State of Maryland
My Commission Expires
May 8, 2022

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Charles Gormly, as Personal Representative of the Estate of Fitsum Kebede deceased (pending)
_____
Plaintiff

vs.

Case Number  2021 CA 002878 B

Inez Saki-Tay, 1100 4th Street, SW, Washington, DC 20024
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Jerry D. Spitz, Esq.
Name of Plaintiff's Attorney

1825 K Street, NW, #700, Washington, DC 20006
Address

202-783-6400
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date  08/23/2021

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828     请求翻译咨询    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                                          Super. Ct. Civ. R. 4