# AFFIDAVIT OF SERVICE

***United States District Court for the District of Columbia Case Number 21-cv-2688(CRC)

| Case:<br>2021 CA 002878 B | Court:<br>Superior Court for the District of Columbia Civil Division | County:<br>District of Columbia, DC | Job:<br>6195381 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Charles Gormly, as Personal Representative of the Estate of Fitsum Kebede, deceased (pending) et al. | | **Defendant / Respondent:**<br>James Walker, et al. | |
| **Received by:**<br>Maverick Process Service & Investigations LLC | | **For:**<br>Ashcraft & Gerel, LLP | |
| **To be served upon:**<br>James Walker | | | |

I, Andre Powell, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** James Walker, Home: 2906 Edmondson Ave, Baltimore, MD 21223

**Manner of Service:** Corporation, Oct 27, 2021, 5:47 pm EDT

**Documents:** Summons; Complaint and Jury Demand; Civil Division- Civil Actions Branch Information Sheet; Initial Order and Addendum and Civil Remote Hearing Instructions for Participants

**Additional Comments:**
1) Unsuccessful Attempt: Oct 12, 2021, 1:18 pm EDT at Home: 1412 Whittier Pl NW, Washington, DC 20012
This agent knocked on the door at the provided address. There was no response and a note outlining the purpose of my visit and contact number was affixed to the door.

2) Unsuccessful Attempt: Oct 14, 2021, 3:31 pm EDT at Home: 1412 Whittier Pl NW, Washington, DC 20012
This agent knocked on the door at the provided address. There was no response and a note outlining the purpose of my visit and contact number was affixed to the door. The prior note was still affixed to the door.

3) Unsuccessful Attempt: Oct 27, 2021, 5:18 pm EDT at Home: 2906 Edmondson Ave, Baltimore, MD 21223
Per b/m behind the counter this is a pharmacy he just works here def owns the business he don't know the defs whereabouts

4) Successful Attempt: Oct 27, 2021, 5:47 pm EDT at Home: 2906 Edmondson Ave, Baltimore, MD 21223 received by James Walker. Age: 60; Ethnicity: African American; Gender: Male; Weight: 170; Height: 6'0"; Hair: Gray; Other: Papers left on counter walked away from this agent ; The defendant would not acknowledge this agent. The defendant was identified from a file photo from an attempted news interview, as well as a sketch of the defendant that was hung on the Pharmacy wall. The vehicle outside, a 2018 Ford F250, bearing MD tags 9DZ1273, is registered to the defendant.

Under the penalties of perjury I declare that I have read the forgoing Affidavit of Service and the facts stated in it are true.

_Andre Powell_   10/27/2021
Andre Powell   Date

Maverick Process Service & Investigations LLC
9 Westminster Shopping Center #384
Westminster, MD 21157
877-838-4782 ext 700
Email: info@mavpi.com

Brian Kelly McClernan   10/27/21
NOTARY PUBLIC
Carroll County
State of Maryland
My Commission Expires
May 8, 2022



1 Result Found   for vehicles with License Plate **9DZ1273** from **MD** in the United States.:

**2018 FORD F250 (Possible Current Vehicle) (Maryland)**

**2018 FORD** -Series: **SUPER DUTY**   -Model: **F250**
VIN: **1FT7W2B69JEC43191**
Body Style: **PICKUP** -Vehicle Type: **Truck**
Weight: **6478** lbs -Length: **250 - 266.2"**
Color: **Unknown**
Most Current Tag #: **MD 9DZ1273** Valid from: **(10/05/2019 to 11/15/2021)**

Doors: **4**
MSRP: **$39,545 - $63,315**
Plant: **JEFFERSON COUNTY, KENTUCKY**
Restraint Type: **DRIVER AND FRONT PASSENGER FRONT AND SIDE IMPACT AIRBAGS WITH PASSENGER DEACTIVATION SWITCH, AND FRONT AND REAR SIDE CURTAIN AIRBAGS WITH ROLLOVER SENSOR**
Gross Vehicle Weight Range: **9001-10000**
Gross Vehicle Weight Rating: **10000**
Height: **81.3 - 81.5**
Width: **105.9**
Wheel Base: **159.8 - 176**
Wheel Dimensions: **17.0 X 7.5; 20.0 X 8.0**
Max Payload: **3220 - 3470**
Drive Type: **4X4**
Fuel:**FLEX FUEL 34.0 - 48.0 Gallon**
Engine:**6.2L V8 NATURALLY ASPIRATED**
Transmission: **6 Speed AUTOMATIC**

  

Most CurrentOwner/Registrant/Lien Information- 10/05/2019 to 11/15/2021

| Title Holders | Registrant |
|---|---|
| **JAMES GEORGE WALKER** [ View Person Record ]<br>2906 EDMONDSON AVE, BALTIMORE, MD 21223-1011<br>(BALTIMORE CITY COUNTY)<br><br>Title Number: **52252360**<br>State Titled In: **MD**<br>Original Title Date: **10/05/2019**<br>Title Transfer Date: **10/05/2019**<br><br>**Lien Holders**<br>None Found<br><br>**Lessors**<br>None Found | **JAMES GEORGE WALKER** [ View Person Record ]<br>Registered: **10/05/2019** to **11/15/2021**<br><br>Addresses Registered to While owned by JAMES GEORGE WALKER<br>2906 EDMONDSON AVE, BALTIMORE, MD 21223-1011 (BALTIMORE CITY COUNTY) (10/05/2019)<br><br>Vehicle Tag History<br>License Plate: **MD 9DZ1273** Valid from: **(10/05/2019 to 11/15/2021)** |

Superior Court of the District of Columbia
CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Filed
D.C. Superior Court
10/02/2021 16:41RM
Clerk of the Court

Charles Gormly, as Personal Representative of the Estate of Fitsum Kebede deceased (pending)
                                                                Plaintiff
                                   vs.

James Walker, 1412 Whittier Pl., NW, Washington, DC 20012
                                                                Defendant

Case Number  2021 CA 002878 B

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Jerry D. Spitz, Esq.
Name of Plaintiff's Attorney

1825 K Street, NW, #700, Washington, DC 20006
Address

202-783-6400
Telephone

By _____
                Deputy Clerk

Date  09/30/2021

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Đễ có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828     중문 번역 서비스    የአማርኛ ትርጉም ለማግኘት፣ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                          Super. Ct. Civ. R. 4