**AFFIDAVIT OF SERVICE**
***United States District Court for the District of Columbia Case Number 21-cv-2688(CRC)

| Case:<br>2021 CA<br>002878 B | Court:<br>Superior Court for the District of Columbia Civil<br>Division | County:<br>District of Columbia, DC | Job:<br>6196986 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Charles Gormly, as Personal Representative of the Estate of Fitsum<br>Kebede, deceased (pending) et al. | | Defendant / Respondent:<br>James Walker, et al. | |
| Received by:<br>Maverick Process Service & Investigations LLC | | For:<br>Ashcraft & Gerel, LLP | |
| To be served upon:<br>Louise Peterson | | | |

I, JOE C. ROBLES III, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | Michael Peterson , Home: 9390 Frances St, Waldorf, MD 20603 |
|---|---|
| Manner of Service: | Substitute Service - Abode, Oct 6, 2021, 12:00 pm EDT |
| Documents: | Summons; Complaint and Jury Demand; Civil Division- Civil Actions Branch Information Sheet; Initial Order and Addendum and Civil Remote Hearing Instructions for Participants |

**Additional Comments:**
1) Successful Attempt: Oct 6, 2021, 12:00 pm EDT at Home: 9390 Frances St, Waldorf, MD 20603 received by Michael Peterson . Age: 49; Ethnicity: African American; Gender: Male; Weight: 246; Height: 5'9"; Hair: Bald; Eyes: Brown; Relationship: Husband; served a SUITABLE AGE PERSON (over the age of 18) by delivering and leaving a true copy of the document at the said premises, being the defendant's place of abode. The person served stated they are the defendant's husband.

Under the penalties of perjury I declare that I have read the forgoing Affidavit of Service and the facts stated in it are true.

JOE C. ROBLES III                        Date
10.12.2021

Maverick Process Service & Investigations LLC
9 Westminster Shopping Center #384
Westminster, MD 21157
877-838-4782 ext 700
Email: info@mavpi.com

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

10-12-2021                  8-30-2025
Date                        Commission Expires

SHELLEY R. CULHANE
Notary Public
State of Maryland
Charles County
My commission exp. Aug 30, 2025

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Charles Gormly, as Personal Representative of the Estate of
_____
Fitsum Kebede deceased (pending)                    Plaintiff

vs.

Louise Peterson, 1100 4th Street, SW, Washington, DC 20024    Case Number   __2021 CA 002878 B__
_____
                                        Defendant

### SUMMONS

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Jerry D. Spitz, Esq.
_____
Name of Plaintiff's Attorney                    Clerk of the Court

1825 K Street, NW, #700, Washington, DC 20006        By _____
_____
Address                                              Deputy Clerk

202-783-6400                                    Date    08/23/2021
_____
Telephone

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주십시요    የአማርኛ ትርጉም ለማግኘት፣ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4