## AFFIDAVIT OF SERVICE

***United States District Court for the District of Columbia Case Number 21-cv-2688(CRC)

| Case: 2021 CA 002878 B | Court: Superior Court for the District of Columbia Civil Division | County: District of Columbia, DC | Job: 6077817 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Charles Gormly, as Personal Representative of the Estate of Fitsum Kebede, deceased (pending) et al. | | **Defendant / Respondent:** James Walker, et al. | |
| **Received by:** Maverick Process Service & Investigations LLC | | **For:** Ashcraft & Gerel, LLP | |
| **To be served upon:** Shawnte Williams | | | |

I, Eric Thomas Chong Vargas, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Mitchell Kannery Deputy Fire Chief, Fire and Emergency Medical Services Department: 2000 14th St NW 5th Floor , Washington, DC 20009

**Manner of Service:** Authorized, Sep 28, 2021, 10:41 am EDT

**Documents:** Summons; Complaint and Jury Demand; Civil Division- Civil Actions Branch Information Sheet; Initial Order and Addendum and Civil Remote Hearing Instructions for Participants.

**Additional Comments:**

1) Unsuccessful Attempt: Sep 7, 2021, 1:45 pm EDT at Fire and Emergency Medical Services Department: 2000 14th St NW 5th Floor , Washington, DC 20009
The respondent was currently out of the office. Cannot serve John Does.

2) Unsuccessful Attempt: Sep 17, 2021, 3:33 pm EDT at 1100 4th St SW, Washington, DC 20024
The respondent was currently out of the office. Called defendant multiple times but there was no response.

3) Unsuccessful Attempt: Sep 20, 2021, 10:17 am EDT at Fire and Emergency Medical Services Department: 2000 14th St NW 5th Floor , Washington, DC 20009
The respondent was currently out of the office. The fire chief states he will accept the documents as soon as Williams gives authorization however she is on sick leave and they do not know when she will return.

4) Unsuccessful Attempt: Sep 24, 2021, 10:36 am EDT at Fire and Emergency Medical Services Department: 2000 14th St NW 5th Floor , Washington, DC 20009
A phone call was placed to the defendant, (202) 727-0853. A voice mail was left.

5) Unsuccessful Attempt: Sep 27, 2021, 9:23 am EDT at Fire and Emergency Medical Services Department: 2000 14th St NW 5th Floor , Washington, DC 20009
Received phone call from LT. Dailey of FEMS, +1 (202) 727-1478, she states the defendant is out on convalescence due to an on the job injury. They have not been able to contact her for authorization for the acceptance of service.

6) Successful Attempt: Sep 28, 2021, 10:41 am EDT at Fire and Emergency Medical Services Department: 2000 14th St NW 5th Floor , Washington, DC 20009 received by Mitchell Kannery Deputy Fire Chief. Age: 45; Ethnicity: Caucasian; Gender: Male; Weight: 155; Height: 5'7"; Hair: Black;
served a SUITABLE AGE PERSON (over the age of 18) by delivering and leaving a true copy of the document at this location. The person served stated they are authorized to accept service on behalf of the person named.

Under the penalties of perjury I declare that I have read the forgoing Affidavit of Service and the facts stated in it are true.

_____     10/13/2021
Eric Thomas Chong Vargas                Date

Maverick Process Service & Investigations LLC
9 Westminster Shopping Center #384
Westminster, MD 21157
877-838-4782 ext 700
Email: info@mavpi.com

_____ 10/13/21
**Brian Kelly McCleman**
**NOTARY PUBLIC**
**Carroll County**
**State of Maryland**
**My Commission Expires**
**May 8, 2022**

Superior Court of the District of Columbia
**CIVIL DIVISION**
Civil Actions Branch
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Charles Gormly, as Personal Representative of the Estate of

Fitsum Kebede deceased (pending)                                 Plaintiff

vs.

Case Number    **2021 CA 002878 B**

Shawnte Williams, 2000 14th Street, NW, 5th floor, Washington, DC 20009

Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Jerry D. Spitz, Esq.

Name of Plaintiff's Attorney

1825 K Street, NW, #700, Washington, DC 20006

Address

202-783-6400

Telephone

Clerk of the Superior Court

By _____
Deputy Clerk

Date    08/23/2021

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주십시오.      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                 Super. Ct. Civ. R. 4