Exhibit A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES GORMLY,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES WALKER, *et al.*,<br><br>        Defendants. | **Civil Action No. 21-2688 (CRC)** |
| HELEN KASAY,<br><br>        Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>        Defendants. | **Civil Action No. 21-2693 (CRC)** |

**DISTRICT OF COLUMBIA DEFENDANTS' MOTION TO DISMISS THE COMPLAINTS**

The District of Columbia (the District) and ten named District employees[1] (collectively, the District Defendants) move to dismiss the plaintiffs' complaints in the above-captioned consolidated actions for failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6). The complaints allege that Defendant James Walker—a private landlord—made unsafe and illegal modifications to 708 Kennedy Street, N.W., which caused tenants Fitsum Kebede and Yafet Solomen to die when a fire broke out there. Plaintiff Charles Gormly, as representative of the estate of Kebede, and Plaintiff Helen Kasay, as representative of Solomen's estate, each bring two common law negligence-based claims and a 42 U.S.C. § 1983

---

[1] These include Inez Saki-Tay, Louise Peterson, Harriett A. Broadie, Anthony Prather, Ferdinand Gamboa, Anette Tibbs, Derek Brooks, Timothy Handy, John Barnes Jr., and Shawnte Williams. Defendant Steven Allen has not been served.

substantive due process claim against the District Defendants.  But Plaintiffs' federal claim fails to adequately plead a constitutional violation because the Due Process Clause is not violated when a government fails to prevent one citizen from harming another, and Plaintiffs have not plausibly alleged an unconstitutional policy, pattern, or practice of the District.  And Plaintiffs' common law claims are foreclosed by the public duty doctrine because the District enforces building and fire safety provisions for the benefit of the entire public, and it does not owe a duty under those provisions to any specific individual, including Kebede and Solomen.  The complaints should therefore be dismissed against the District Defendants in full. A memorandum of points and authorities supporting the motion and a proposed order are attached.

Date:   December 20, 2021               Respectfully submitted,

                                        KARL A. RACINE
                                        Attorney General for the District of Columbia

                                        CHAD COPELAND
                                        Deputy Attorney General
                                        Civil Litigation Division

                                        /s/ Christina Okereke
                                        CHRISTINA OKEREKE [219272]
                                        Chief, Civil Litigation Division Section II

                                        /s/ Brendan Heath
                                        BRENDAN HEATH [1619960]
                                        STEVEN N. RUBENSTEIN [1013094]
                                        MATTHEW TROUT [1030119]
                                        Assistant Attorneys General
                                        400 Sixth Street, N.W., Suite 10100
                                        Washington, D.C. 20001
                                        (202) 442-9880
                                        brendan.heath@dc.gov

                                        *Counsel for Defendants District of Columbia, Inez Saki-Tay, Louise Peterson, Harriet A. Broadie, Anthony Prather, Ferdinand Gamboa, Anette Tibbs, Derek Brooks, Timothy Handy, John Barnes, Jr., and Shawnte Williams*